KEKER & VAN NEST LLP
STEVEN A. HIRSCH - #171825
shirsch@keker.com
STEVEN P. RAGLAND - #221076
sragland@keker.com
NEHA MEHTA - #298771
nmehta@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415-391-5400
Facsimile:    415-397-7188

Attorneys for Petitioner
RICKEY LEON SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LEON SCOTT, | Case No. 3:16-cv-01391-JST |
| Petitioner, | [Related to case 3:16-cv-06584-JST] |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| ERIC ARNOLD, Warden of California State Prison, Solano, | |
| Respondent. | |

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's April 30, 2018 Order, the parties to this action, acting through counsel, hereby stipulate to the Dismissal With Prejudice of this action. The related action, 3:16-cv-06584-JST, remains pending.

**SO STIPULATED.**

Dated: May 14, 2018                     KEKER & VAN NEST LLP


By:     */s/ Neha Mehta*
        STEVEN A. HIRSCH
        STEVEN P. RAGLAND
        NEHA MEHTA

        Attorneys for Petitioner
        RICKEY LEON SCOTT


**SO STIPULATED.**

Dated: May 14, 2018                     OFFICE OF THE ATTORNEY GENERAL


By:     */s/ Michele Swanson*
        MICHELE SWANSON

        Attorney for Respondent
        ERIC ARNOLD, Warden of California
        State Prison, Solano


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:     May 17, 2018
                                        HONORABLE JON S. TIGAR

1281272